UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIMITAR SLAVCHEV SAVOV,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>IMMUNOTECH LABORATORIES, INC.,<br><br>  Defendant - Appellee. | No. 24-2795<br><br>PRO BONO<br><br>D.C. No. 2:22-cv-00401-GMN-DJA<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court is inclined to appoint pro bono counsel to represent appellant in this appeal. Appellant may file a written objection within 14 days. If appellant does not object, the court will appoint counsel and set a new briefing schedule